```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 10-62300-CIV-DIMITROULEAS
                         MAGISTRATE JUDGE P. A. WHITE
```

JONAS AUGUSTIN,

    Plaintiff,

v.                                         <u>REPORT OF</u>
                                              <u>MAGISTRATE JUDGE</u>

TOM MCINERNEY, et al,

    Respondent.

_____

    The <u>pro-se</u> plaintiff filed a civil rights complaint in case no. 10-62300-Civ-Dimitrouleas. This complaint is almost identical to the complaint filed in Case No. 10-62100-Civ--Moreno, which is being processed and is pending in this Court.

    It is a waste of judicial resources for two complaints to be pending, raising the same allegations against the same defendants.

    It is therefore recommended that this higher numbered case be dismissed as duplicative Case No. 10-62100-Civ Moreno.

    Objections to this Report may be filed with the District Judge within fourteen days following receipt.

    Dated this 10th day of December, 2010.

                                                                         UNITED STATES MAGISTRATE JUDGE

cc:  Jonas Augustin, <u>Pro Se</u>
     0902554
     North Broward Bureau
     Address of Record