UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62300-CIV-DIMITROULEAS

JONAS AUGUSTIN,

        Magistrate Judge White

    Plaintiff,

vs.

TOM MCINERNEY, et al,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ORDER DISMISSING COMPLAINT AS DUPLICATIVE

THIS CAUSE is before the Court upon the Report and Recommendation [DE 6] of Magistrate Judge Patrick A. White, filed December 10, 2010.  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a de novo review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate's conclusion that the Complaint in this case is almost identical to the complaint filed in Case No. 10-62100-Civ-Moreno, which is being processed and is pending in this Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Magistrate Judge's Report and Recommendation [DE 6] is hereby **ADOPTED** and

      **APPROVED**;

2.      The above-styled action is hereby **DISMISSED**.

3.      The Clerk shall deny any pending motions as moot.

4.      The Clerk shall **CLOSE** this case.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of January, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White

Counsel of record

Jonas Augustin, Pro Se
# 120902554
North Broward Detention
1550 NW 30th Avenue
Pompano Beach, FL 33069